**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **INTELLILUM, INC.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3355716 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8850 TERABYTE COURT<br>SUITE G<br>Reno, NV 89521**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Washoe**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **INTELLILUM, INC.**                                     Case number (*if known*) _____
          _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **INTELLILUM, INC.**                                          Case number *(if known)* _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**▓    Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | INTELLILUM, INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  3, 2017**
MM / DD / YYYY

**X** **/s/ GREGORY BROWN**

Signature of authorized representative of debtor

**GREGORY BROWN**

Printed name

Title    **PRESIDENT/CEO**

**18. Signature of attorney**

**X** **/s/ STEPHEN R. HARRIS**

Signature of attorney for debtor

Date **August  3, 2017**
MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone    **775-786-7600**    Email address    **steve@harrislawreno.com**

**001463**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **INTELLILUM, INC.**                              Case No. _____

                                      Debtor(s)               Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,852.00 |
| Prior to the filing of this statement I have received | $ | 1,852.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  3, 2017**
_____
*Date*

     **/s/ STEPHEN R. HARRIS**
     **STEPHEN R. HARRIS**
     *Signature of Attorney*
     **HARRIS LAW PRACTICE LLC**
     **6151 LAKESIDE DRIVE**
     **SUITE 2100**
     **RENO, NV 89511**
     **775-786-7600  Fax: 775-786-7764**
     **steve@harrislawreno.com**
     *Name of law firm*

---

# United States Bankruptcy Court
### District of Nevada

In re  **INTELLILUM, INC.**

Debtor(s)

Case No.

Chapter    **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ALLEN, PETER**<br>**900 S. MEADOWS PKWY**<br>**APT. 4722**<br>**Reno, NV 89521** | | **135,085** | **STOCK** |
| **ALLRED, SHARON AND SCOTT**<br>**240035 101 STREET**<br>**CALGARY, AB T3Z 3J8 CANADA** | | **200,000** | **STOCK** |
| **ARBATA, JAMES R.**<br>**1057 VIA DI SALERNO**<br>**Pleasanton, CA 94566** | | **167,880** | **STOCK** |
| **BERG, ROXANNE**<br>**PO BOX 1488**<br>**Healdsburg, CA 95448** | | **3,000** | **STOCK** |
| **BROWN, GREGOR**<br>**8455 OFFENHAUSER DRIVE**<br>**APT. 1434**<br>**Reno, NV 89511** | | **85,569** | **STOCK** |
| **BROWN, GREGORY**<br>**PO OX 17217**<br>**Reno, NV 89511** | | **10,000,000** | **STOCK** |
| **BROWN, SHANNON**<br>**11380 S. VIRGINIA ST**<br>**APT. 1134**<br>**Reno, NV 89511** | | **85,569** | **STOCK** |
| **BROWN, TODD FERNELL**<br>**455 MARHSALL ROAD**<br>**Southlake, TX 76092** | | **50,772** | **STOCK** |
| **CONTRERAS, FRED**<br>**1411 SAMUEL WAY**<br>**Reno, NV 89509** | | **50,000** | **STOCK** |
| **COOPER, KENDALL**<br>**2241 CAMERON CIRCLE**<br>**Pleasanton, CA 94588** | | **25,386** | **STOCK** |
| **DANKELMANN, ANDREAS**<br>**1149 DIVISADERO, APT. 2**<br>**San Francisco, CA 94115** | | **100,000** | **STOCK** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:    **INTELLILUM, INC.**                                          Case No. _____

                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ELDER, JONATHAN**<br>**1300 CLAY STREET**<br>**SUITE 600**<br>**Oakland, CA 94612** | | **55,000** | **STOCK** |
| **ELEMENTAL LED, INC.**<br>**1195 PARK AVENUE #211**<br>**Emeryville, CA 94608** | | **603,000** | **STOCK** |
| **HICKSTED, RICHARD**<br>**158 ANTIGUA COURT**<br>**Reno, NV 89511** | | **96,652** | **STOCK** |
| **HOLLESCHAU, RANDY**<br>**1195 PARK AVENUE #211**<br>**Emeryville, CA 94608** | | **137,000** | **STOCK** |
| **JEWELL, ROBERT**<br>**2950 SPRING MEADOW DRIVE**<br>**Corona, CA 92881** | | **150,000** | **STOCK** |
| **KENNEDY, KEVIN**<br>**9 ATHERTON OAKS LANE**<br>**Atherton, CA 94027** | | **600,039** | **STOCK** |
| **LEE, JUDITH AND GARY L.**<br>**8 WEST MEADOWS DRIVE**<br>**CALGARY, AB T3Z3J8 CANADA** | | **325,386** | **STOCK** |
| **LEE, MICHAEL K.**<br>**MBL 1995 TRUST**<br>**1646 NORTH CALIFORNIA BLVD.**<br>**SUITE 230**<br>**Walnut Creek, CA 94596** | | **517,880** | **STOCK** |
| **LEE, R. DARREN**<br>**688 CANTERBURY LANE**<br>**Alpine, UT 84004** | | **172,686** | **STOCK** |
| **MARKET STREET, LP**<br>**C/O JARED STONE**<br>**649 SAN RAMON VALLEY BLVD**<br>**Crockett, CA 94525** | | **567,882** | **STOCK** |
| **MINER, TOM**<br>**TOM S. MINOR FAMILY TRUST**<br>**413 CLIFFSIDE DRIVE**<br>**Danville, CA 94526** | | **700,000** | **STOCK** |

In re:   **INTELLILUM, INC.**
                                                        Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PALECEK, TOM**<br>**SNOWCREST PARTNERS**<br>**68 MESA COURT**<br>**Atherton, CA 94027** | | **366,605** | **STOCK** |
| **PENSCO TRUST CO. FBO**<br>**SCARBOROUGH, JOHN**<br>**1560 BROADWAY STREET**<br>**SUITE 400**<br>**Denver, CO 80202** | | **44,788** | **STOCK** |
| **PENSCO TRUST CO. FBO**<br>**SAMUEL C. SWAN IRA**<br>**7 SYCAMORE ROAD**<br>**Orinda, CA 94563** | | **200,000** | **STOCK** |
| **PENSCO TRUST COMPANY FBO TOM**<br>**MINER**<br>**UNKNOWN** | | **198,395** | **STOCK** |
| **PHILLIPS, GREG**<br>**2401 LUPINE TRAIL**<br>**South Lake Tahoe, CA 96150** | | **193,906** | **STOCK** |
| **PRICE, TAFT**<br>**2304 ONEIDA STREET**<br>**Salt Lake City, UT 84109** | | **100,000** | **STOCK** |
| **RASO, DANTA**<br>**760 TENNESSEE STREET**<br>**San Francisco, CA 94107** | | **209,851** | **STOCK** |
| **REES, JONATHAN**<br>**BEAUMONT CONSULTING, LTD.**<br>**3094 SPENCER DRIVE**<br>**WEST VANCOUVER**<br>**BC V7V 3C8** | | **167,880** | **STOCK** |
| **REV CONSULTING GROUP, LLC**<br>**10011 BRIDGEPORT WAY SW**<br>**Lakewood, WA 98499** | | **4,197** | **STOCK** |
| **RUSS, WRAY**<br>**32659 SIMPSON LANE**<br>**Fort Bragg, CA 95437** | | **140,911** | **STOCK** |
| **SHEEHAN, JAMES (JAY)**<br>**1632 TUSCAN RIDGE CIRCLE**<br>**Southlake, TX 76092** | | **167,882** | **STOCK** |

List of equity security holders consists of 5 total page(s)

In re: __**INTELLILUM, INC.**_____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SHERMAN, MIKE**<br>**3710 ROYER COURT**<br>**Reno, NV 89509** | | **149,674** | **STOCK** |
| **SNOW, JAMES**<br>**2499 CARTWRIGHT RD.**<br>**Reno, NV 89521** | | **214,908** | **STOCK** |
| **SOLOMON, DAVID**<br>**PORTOLA INVESTMENTS/ DINA**<br>**INVESTMENTS**<br>**PO BOX 7120 MENLO PARK**<br>**Menlo Park, CA 94026** | | **217,108** | **STOCK** |
| **SOMERSTON GROUP, INC.**<br>**45 ESPLANADE**<br>**ST. HELIER**<br>**JERSEY JE2 3QB**<br>**CHANNEL ISLANDS** | | **3,357,631** | **STOCK** |
| **SWAN, SAMUEL C.**<br>**SWAN FAMILY TRUST**<br>**7 SYCAMORE ROAD**<br>**Orinda, CA 94563** | | **200,000** | **STOCK** |
| **TELEION CONSULTING, LLC**<br>**1100 DEXTER AVENUE N**<br>**SUITE 503**<br>**Seattle, WA 98109** | | **4,197** | **STOCK** |
| **TEYA SERVICES, LLC**<br>**101 E. 9TH AVENUE**<br>**SUITE 9B**<br>**Anchorage, AK 99501** | | **419,702** | **STOCK** |
| **THOMAS PALECEK 2010 TRUST**<br>**68 MESA COURT**<br>**Atherton, CA 94027** | | **100,000** | **STOCK** |
| **WILLIAMS, STEVE AND CHERI**<br>**650 N. PERNOD ROAD**<br>**#544**<br>**Show Low, AZ 85901** | | **41,970** | **STOCK** |
| **YANEV, ALEX**<br>**35 GLORIETTA COURT**<br>**Orinda, CA 94563** | | **200,000** | **STOCK** |

List of equity security holders consists of 5 total page(s)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

In re:  **INTELLILUM, INC.**                                    Case No. _____
_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **YANEV, ANDREW**<br>**165 W. 83RD STREET**<br>**APT. 24**<br>**New York, NY 10024** | | **100,000** | **STOCK** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August  3, 2017**                          Signature  **/s/ GREGORY BROWN**
_____                       _____
                                                      **GREGORY BROWN**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Nevada**

In re    **INTELLILUM, INC.**                                    Case No.
                                        Debtor(s)    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  3, 2017**                        **/s/ GREGORY BROWN**
                                                **GREGORY BROWN/PRESIDENT/CEO**
                                                Signer/Title

INTELLILUM, INC.
8850 TERABYTE COURT
SUITE G
RENO, NV 89521

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

A&B PRECISION METALS, INC.
13715 MT. ANDERSON STREET
RENO, NV 89506

ABC FIRE
1025 TELEGRAPH ST.
RENO, NV 89502

AD HOC ELECTRONICS
115 SOUTH STATE ST.
SUITE B
LINDON, UT 84042

AEROTEK COMMERICAL STAFFING
PO BOX 198531
ATLANTA, GA 30384

ALL PRO SECURITY, INC.
1295 E. MOANA LANE
STE D
RENO, NV 89502

ALLEN, PETER
900 SOUTH MEADOWS PKWY
APT. 4722
RENO, NV 89521

ALLEN, PETER
900 S. MEADOWS PKWY
APT. 4722
RENO, NV 89521

ALLEN, PETER G.
900 SOUTH MEADOWS PKWY
RENO, NV 89521

ALLRED, SHARON AND SCOTT
240035 101 STREET
CALGARY, AB T3Z 3J8 CANADA

ALP LIGHTING COMPONENTS, INC.
PO BOX 95023
PALATINE, IL 60095

AMERICAN EXPRESS
P O BOX 981535
EL PASO, TX 79998

ANIXTER
ATTN: LARRY MITCHELL
6180 S. PEARL STREET
STE D
LAS VEGAS, NV 89120

APEX ANODIZING
280 B CONEY ISLAND DR.
SPARKS, NV 89431

APPLIED STAFFING SOLUTIONS
890 E. PATRIOT BLVD.
#E
RENO, NV 89511

ARBATA, JAMES R.
1057 VIA DI SALERNO
PLEASANTON, CA 94566

BERG, ROXANNE
PO BOX 1488
HEALDSBURG, CA 95448

BROWN, GREGOR
8455 OFFENHAUSER DRIVE
APT. 1434
RENO, NV 89511

BROWN, GREGORY
2234 PIONEER TRAIL
#317
GENOA, NV 89411

BROWN, GREGORY
PO OX 17217
RENO, NV 89511

BROWN, GREGORY A.M.
8850 TERABYTE COURT
SUITE G
RENO, NV 89521

BROWN, SHANNON
11380 S. VIRGINIA STREET
APT. 1134
RENO, NV 89511

BROWN, SHANNON
11380 S. VIRGINIA ST
APT. 1134
RENO, NV 89511

BROWN, SHANNON A.
11380 S. VIRGINIA STREET
APT. 1134
RENO, NV 89511

BROWN, TODD FERNELL
455 MARHSALL ROAD
SOUTHLAKE, TX 76092

CALIFORNIA BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279

CALIFORNIA STATE TAX COMMISSION

CAPITAL CORRUGATED & CARTON
PO BOX 278060
SACRAMENTO, CA 95826

CITIBANK
CUSTOMER SERVICE
P O BOX 78045
PHOENIX, AZ 85062

CODY RUSS
8850 TERABYTE CT.
STE G
RENO, NV 89521

CONTRERAS, FRED
1411 SAMUEL WAY
RENO, NV 89509

COOPER, KENDALL
2241 CAMERON CIRCLE
PLEASANTON, CA 94588

CV INDUSTRIAL, INC.
6181 ANGELO CT.
UNIT 1
LOOMIS, CA 95650

DANKELMANN, ANDREAS
1149 DIVISADERO, APT. 2
SAN FRANCISCO, CA 94115

DAVE REA
10152 RED FIR RD.
TRUCKEE, CA 96161

DEPT OF TAXATION & FINANCE NY STATE


DEPT. OF TAX REVENUE FOR NORTH CAROL


DIGI-KEY ELECTRONICS
701 BROOKS AVENUE SOUTH
THIEF RIVER FALLS, MN 56701

DISCOUNT OFFICE SUPPLY
727 W. 5TH STREET
RENO, NV 89503

DOWNEY BRAND LLP
100 W. LIBERTY ST. STE 900
RENO, NV 89501

EE TECHNOLOGIES, INC.
9455 DOUBLE R BLVD
RENO, NV 89521

ELDER, JONATHAN
1300 CLAY STREET
SUITE 600
OAKLAND, CA 94612

ELEMENTAL LED, INC.
1195 PARK AVENUE #211
EMERYVILLE, CA 94608

EMPLOYEE BENEFITS CORPORATION
PO BOX 44347
MADISON, WI 53744

ENCO
400 NEVADA PACIFIC HWY
FERNLEY, NV 89408

ENOCEAN INC.
6914 SOUTH 3000 EAST
STE 202C
SALT LAKE CITY, UT 84121

FASTENAL
4090 MCCARRAN BLVD.
#D
RENO, NV 89511

FUSION OPTIX, INC.
19 WHEELING AVE.
WOBURN, MA 01801

FUTURE ELECTRONICS CORP
1640 LEAD HILL BLVD.
#200
ROSEVILLE, CA 95661

GS1 US, INC.
DEPT 781271
PO BOX 78000
DETROIT, MI 48278

HANSON RIVET & SUPPLY CO., INC.
13241 WEIDNER STREET
PACOIMA, CA 91331

HICKSTED, RICHARD
158 ANTIGUA COURT
RENO, NV 89511

HOLLESCHAU, RANDY
1195 PARK AVENUE #211
EMERYVILLE, CA 94608

HOMETOWN HEALTH
830 HAVARD WAY
RENO, NV 89502

IDEAL INDUSTRIES, INC.
PO BOX 92803
CHICAGO, IL 60675

INVENTRONICS
2825 S TULSA AVE
OKLAHOMA CITY, OK 73108

IQ TECHNOLOGIES SOLUTIONS
5595 EQUITY AVENUE
RENO, NV 89502

JEWELL, ROBERT
2950 SPRING MEADOW DRIVE
CORONA, CA 92881

KELVIN BROWN & ASSOCIATES, INC.
628 2ND AVE., SUITE 105
CROCKETT, CA 94525

KENNEDY, KEVIN
9 ATHERTON OAKS LANE
ATHERTON, CA 94027

KONICA MINOLTA BUSINESS SOLUTIONS
P.O. BOX 100706
PASADENA, CA 91189-0706

L.O. TERABYTE, LLC
16216 KITTRIDGE STREET
VAN NUYS, CA 91406

LED SPECIALISTS, INC.
4250 VETERANS MEMORIAL HWY
SUITE 2060
HOLBROOK, NY 11741

LEE, JUDITH AND GARY L.
8 WEST MEADOWS DRIVE
CALGARY, AB T3Z3J8 CANADA

LEE, MICHAEL K.
MBL 1995 TRUST
1646 NORTH CALIFORNIA BLVD.
SUITE 230
WALNUT CREEK, CA 94596

LEE, R. DARREN
688 CANTERBURY LANE
ALPINE, UT 84004

LIGHTING PLASTICS OF MN INC.
3326 GORHAM AVE.
ST. LOUIS PARK, MN 55426

LIGHTLAB INTERNATIONAL
24825 N. 16TH AVE.
SUITE 125
PHOENIX, AZ 85085

MARKET STREET, LP
C/O JARED STONE
649 SAN RAMON VALLEY BLVD
CROCKETT, CA 94525

MATE PRECISION TOOLING
1295 LUND BLVD.
ANOKA, MN 55303

MCDONALD, CARAON, WILSON LLP
P.O. BOX 2670
RENO, NV 89505-2670

MCMASTER CONSULTING
59 DAMONTE RANCH
SUITE 8110
RENO, NV 89521

MEAN WELL USA INC.
44040 FREMONT BLVD.
FREMONT, CA 94538

MICROCOM TECHNOLOGIES
26635 AGOURA ROAD
CALABASAS, CA 91302

MINER, TOM
TOM S. MINOR FAMILY TRUST
413 CLIFFSIDE DRIVE
DANVILLE, CA 94526

ML & ASSOCIATES
C/O MING LIU
3600 ASPEN HOLLOW
RENO, NV 89511

NORTON ROSE FULBRIGHT
P.O. BOX 844284
DALLAS, TX 75284-4284

PALECEK, TOM
SNOWCREST PARTNERS
68 MESA COURT
ATHERTON, CA 94027

PAPE MATERIAL HANDLING
25 VISTA BLVD.
SPARKS, NV 89436

PENSCO TRUST CO. FBO
SCARBOROUGH, JOHN
1560 BROADWAY STREET
SUITE 400
DENVER, CO 80202

PENSCO TRUST CO. FBO
SAMUEL C. SWAN IRA
7 SYCAMORE ROAD
ORINDA, CA 94563

PENSCO TRUST COMPANY FBO TOM MINER
UNKNOWN

PHILLIPS LIGHTING ELECTRONICS NA
P.O. BOX 100332
ATLANTA, GA 30384-0978

PHILLIPS, GREG
2401 LUPINE TRAIL
SOUTH LAKE TAHOE, CA 96150

PRAXAIR
96 GLEN CARRAN CIRCLE
SUITE 101
SPARKS, NV 89431

PRICE, TAFT
2304 ONEIDA STREET
SALT LAKE CITY, UT 84109

RASO, DANTA
760 TENNESSEE STREET
SAN FRANCISCO, CA 94107

RED ROCK SPRING WATER
1145 ICEHOUSE AVENUE
SPARKS, NV 89431

REES, JONATHAN
BEAUMONT CONSULTING, LTD.
3094 SPENCER DRIVE
WEST VANCOUVER
BC V7V 3C8

RELIANCE METALCENTER
33201 WESTERN AVENUE
UNION CITY, CA 94587

REV CONSULTING GROUP, LLC
10011 BRIDGEPORT WAY SW
LAKEWOOD, WA 98499

ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 WEST LIBERTY STREET
SUITE 600
RENO, NV 89501

RUSS, WRAY
32659 SIMPSON LANE
FORT BRAGG, CA 95437

```
SELCO
8780 TECHNOLOGY WAY
RENO, NV 89521

SHEEHAN, JAMES (JAY)
1632 TUSCAN RIDGE CIRCLE
SOUTHLAKE, TX 76092

SHERMAN, MIKE
3710 ROYER COURT
RENO, NV 89509

SILVER STATE PALLET
5775 STELLA DRIVE
SUN VALLEY, NV 89433

SNOW, JAMES
2499 CARTWRIGHT ROAD
VIRGINIA CITY HIGHLANDS, NV 89521

SNOW, JAMES
2499 CARTWRIGHT RD.
RENO, NV 89521

SOLOMON, DAVID
PORTOLA INVESTMENTS/ DINA INVESTMENTS
PO BOX 7120 MENLO PARK
MENLO PARK, CA 94026

SOMERSTON GROUP, INC.
45 ESPLANADE
ST. HELIER
JERSEY JE2 3QB
CHANNEL ISLANDS

SUGAR PINE WILLOWS, INC.
3419 N. LOMPA LANE
CARSON CITY, NV 89706

SWAN, SAMUEL C.
SWAN FAMILY TRUST
7 SYCAMORE ROAD
ORINDA, CA 94563

TELEION CONSULTING, LLC
1100 DEXTER AVENUE N.
SUITE 503
SEATTLE, WA 98109

TELEION CONSULTING, LLC
1100 DEXTER AVENUE N
SUITE 503
SEATTLE, WA 98109
```

TEYA SERVICES, LLC
101 E. 9TH AVENUE, SUITE 9B
ANCHORAGE, AK 99501

TEYA SERVICES, LLC
101 E. 9TH AVENUE
SUITE 9B
ANCHORAGE, AK 99501

THOMAS PALECEK 2010 TRUST
68 MESA COURT
ATHERTON, CA 94027

UL LLC
75 REMITTANCE DRIVE #1524
CHICAGO, IL 60675-1524

UNITED PERFORMANCE METALS, INC.
14941 E. NORTHAM ST.
LA MIRADA, CA 90638-5750

UPS
P.O. BOX 894820
LOS ANGELES, CA 90189-4820

UPS FREIGHT
P.O. BOX 650690
DALLAS, TX 75265-0690

WELLS FARGO EQUIPMENT FINANCE
MANUFACTURER SERVICES GROUP
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777

WILLIAMS, STEPHEN J.
650 N. PEMOD ROAD #544
SHOW LOW, AZ 85901

WILLIAMS, STEVE
650 N. PERNOD ROAD #544
SHOW LOW, AZ 85901

WILLIAMS, STEVE AND CHERI
650 N. PERNOD ROAD
#544
SHOW LOW, AZ 85901

XTRACLEAN JANITORIAL SERVICE
18124 WEDGE PARKWAY #401
RENO, NV 89511

YANEV, ALEX
35 GLORIETTA COURT
ORINDA, CA 94563

YANEV, ANDREW
165 W. 83RD STREET
APT. 24
NEW YORK, NY 10024

ZESTEK ELECTRONICS
476 SAPENA CT. #19
SANTA CLARA, CA 95054

# United States Bankruptcy Court
## District of Nevada

In re    **INTELLILUM, INC.**                      Case No. _____

                        Debtor(s)          Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **INTELLILUM, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BROWN, GREGORY**
**PO OX 17217**
**Reno, NV 89511**

**SOMERSTON GROUP, INC.**
**45 ESPLANADE**
**ST. HELIER**
**JERSEY JE2 3QB**
**CHANNEL ISLANDS**

☐ None [*Check if applicable*]

_____
**August  3, 2017**
Date

**/s/ STEPHEN R. HARRIS**
**STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for   **INTELLILUM, INC.**
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**

## United States Bankruptcy Court
### District of Nevada

In re    **INTELLILUM, INC.**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **GREGORY BROWN**, declare under penalty of perjury that I am the **PRESIDENT/CEO** of  **INTELLILUM, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **1st** day of **August**, 20**17**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **GREGORY BROWN**, **PRESIDENT/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **GREGORY BROWN**, **PRESIDENT/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **GREGORY BROWN**, **PRESIDENT/CEO** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date    **August 1, 2017**

Signed  /s/ Gregory Brown
**GREGORY BROWN**

Resolution of Board of Directors
of
**INTELLILUM, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **GREGORY BROWN**, **PRESIDENT/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **GREGORY BROWN**, **PRESIDENT/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **GREGORY BROWN**, **PRESIDENT/CEO** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  **August 1, 2017**                     Signed   **/s/ Gregory Brown**

Date  **July 31, 2017**                       Signed