# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  §
        §
INTELLILUM, INC.  §  Case No. 17-50927
        §
        Debtor  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JERI COPPA-KNUDSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 48,987.00          Assets Exempt: 0.00
(*Without deducting any secured claims*)

Total Distributions to Claimants: 286,522.69          Claims Discharged
                                                      Without Payment: 2,609,694.28

Total Expenses of Administration: 215,739.78

3) Total gross receipts of $ 502,262.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 502,262.47 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 186,800.10 | $ 186,800.10 | $ 186,800.10 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 221,310.02 | 221,310.02 | 215,739.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 66,203.49 | 66,203.49 | 66,203.49 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,664,950.34 | 2,643,213.38 | 33,519.10 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 3,139,263.95 | $ 3,117,526.99 | $ 502,262.47 |

4)  This case was originally filed under chapter 7 on  08/03/2017 .  The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/21/2020                    By:/s/JERI COPPA-KNUDSON
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 9,232.25 |
| FINANCIAL ACCOUNTS | 1129-000 | 50.01 |
| INVENTORY | 1129-000 | 180,000.00 |
| OFFICE FURNITURE | 1129-000 | 33,520.92 |
| OFFICE EQUIPMENT | 1129-000 | 10,000.00 |
| MACHINERY AND SUPPLIES | 1129-000 | 267,246.83 |
| OTHER | 1290-000 | 1,315.68 |
| INSURANCE REFUND | 1290-000 | 896.78 |
| TOTAL GROSS RECEIPTS | | $ 502,262.47 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TEYA TECHNOLOGIES, LLC | 4210-000 | NA | 180,000.00 | 180,000.00 | 180,000.00 |
| | WELLS FARGO BANK N.A. | 4210-000 | NA | 6,800.10 | 6,800.10 | 6,800.10 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 186,800.10 | $ 186,800.10 | $ 186,800.10 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JERI COPPA KNUDSON | 2100-000 | NA | 28,363.12 | 28,363.12 | 28,363.12 |
| TRUSTEE EXPENSES:JERI COPPA KNUDSON | 2200-000 | NA | 512.54 | 512.54 | 512.54 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 45.80 | 45.80 | 45.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 65.43 | 65.43 | 65.43 |
| UNION BANK | 2600-000 | NA | 3,396.24 | 3,396.24 | 3,396.24 |
| L.O. TERABYTE, LLC | 2990-000 | NA | 58,943.59 | 58,943.59 | 58,943.59 |
| WELLS FARGO BUSINESS PAYROLL SERVIC | 2990-000 | NA | 291.32 | 291.32 | 291.32 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JEFFREY L. HARTMAN, ESQ. | 3110-000 | NA | 34,290.00 | 34,290.00 | 34,290.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):JEFFREY L. HARTMAN, ESQ. | 3120-000 | NA | 642.60 | 642.60 | 642.60 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):HARTMAN & HARTMAN | 3210-000 | NA | 11,970.00 | 11,970.00 | 9,765.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):HARTMAN & HARTMAN | 3220-000 | NA | 1,623.38 | 1,623.38 | 1,341.14 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):EVANS, NELSON & COMPANY | 3310-000 | NA | 3,083.00 | 3,083.00 | 3,083.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):EVANS, NELSON & CO | 3410-000 | NA | 3,083.00 | 3,083.00 | 0.00 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:STREMMEL AUCTIONS | 3610-000 | NA | 75,000.00 | 75,000.00 | 75,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 221,310.02 | $ 221,310.02 | $ 215,739.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000034 | ALLEN, PETER | 5300-000 | NA | 12,850.00 | 12,850.00 | 12,850.00 |
| 000031A | BROWN, GREGOR | 5300-000 | NA | 12,850.00 | 12,850.00 | 12,850.00 |
| 000030A | BROWN, GREGORY | 5300-000 | NA | 12,850.00 | 12,850.00 | 12,850.00 |
| 000032A | BROWN, SHANNON | 5300-000 | NA | 12,850.00 | 12,850.00 | 12,850.00 |
| 19B | CALIFORNIA DEPT OF TAX AND FEE ADMI | 5800-000 | NA | 4,802.33 | 4,802.33 | 4,802.33 |
| 000028A | STATE OF NEVADA DEPARTMENT OF TAXAT | 5800-000 | NA | 3,153.66 | 3,153.66 | 3,153.66 |
| 000025 | WASHOE COUNTY TREASURER | 5800-000 | NA | 6,847.50 | 6,847.50 | 6,847.50 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 66,203.49 | $ 66,203.49 | $ 66,203.49 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | AEROTEK | 7100-000 | NA | 11,657.63 | 0.00 | 0.00 |
| 000017 | AEROTEK INC. | 7100-000 | NA | 11,657.63 | 11,657.63 | 153.65 |
| 000035 | ALLEN, PETER | 7100-000 | NA | 42,150.00 | 42,150.00 | 555.53 |
| 000024 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 277.00 | 0.00 | 0.00 |
| 000016 | APEX ANODIZING (NEV), INC. | 7100-000 | NA | 14,521.40 | 14,521.40 | 191.39 |
| 000020 | APPLIED STAFFING SOLUTIONS LLC | 7100-000 | NA | 15,969.12 | 15,969.12 | 210.47 |
| 30B | BROWN, GREGORY | 7100-000 | NA | 1,019,800.00 | 1,019,800.00 | 13,440.78 |
| 32B | BROWN, SHANNON | 7100-000 | NA | 32,200.00 | 32,200.00 | 424.40 |
| 31B | BROWN,GREGOR | 7100-000 | NA | 107,133.00 | 107,133.00 | 1,411.99 |
| 000019 | CALIFORNIA DEPT OF TAX AND FEE ADMI | 7100-000 | NA | 5,350.98 | 548.65 | 7.23 |
| 000004 | CIT FINANCE, LLC | 7100-000 | NA | 7,875.19 | 7,875.19 | 103.79 |
| 000027 | DISCOUNT OFFICE SUPPLY | 7100-000 | NA | 443.67 | 443.67 | 5.85 |
| 000003 | FUTURE ELECTRONICS | 7100-000 | NA | 2,923.63 | 2,923.63 | 38.53 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000033 | L.O. TERABYTE, LLC | 7100-000 | NA | 694,651.00 | 694,651.00 | 9,155.38 |
| 000010 | LED SPECIALISTS, INC. | 7100-000 | NA | 4,537.50 | 4,537.50 | 59.80 |
| 000009 | LIGHTING PLASTICS OF MN INC. | 7100-000 | NA | 3,132.25 | 3,132.25 | 41.28 |
| 000018 | LIGHTLAB INTERNATIONAL LLC | 7100-000 | NA | 13,995.00 | 13,995.00 | 184.45 |
| 000026 | MCDONALD CARANO LLP | 7100-000 | NA | 23,582.50 | 23,582.50 | 310.81 |
| 000012 | MCMASTER CONSULTING | 7100-000 | NA | 6,183.84 | 6,183.84 | 81.50 |
| 000001 | PAPE MATERIAL HANDLING | 7100-000 | NA | 935.33 | 935.33 | 12.33 |
| 000011 | RELIANCE METALCENTER | 7100-000 | NA | 66,790.03 | 66,790.03 | 880.28 |
| 000013 | REV LLC | 7100-000 | NA | 176,075.00 | 176,075.00 | 2,320.64 |
| 000008 | SIERRA PACIFIC POWER COMPANY DBA NV | 7100-000 | NA | 1,007.99 | 1,007.99 | 13.29 |
| 000023 | SYNAPTEC ENTERPRISES, INC. | 7100-000 | NA | 90,329.49 | 90,329.49 | 1,190.53 |
| 000005 | TEYA TECHNOLOGIES, LLC. | 7100-000 | NA | 32,948.33 | 32,948.33 | 434.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | TEYA TECHNOLOGIES, LLC. | 7100-000 | NA | 3,503.47 | 3,503.47 | 46.18 |
| 000007 | TEYA TECHNOLOGIES, LLC. | 7100-000 | NA | 165,630.69 | 165,630.69 | 2,182.98 |
| 000002A | WELLS FARGO BANK N.A. | 7100-000 | NA | 5,000.00 | 0.00 | 0.00 |
| 000014 | XTRACLEAN JANITORIAL | 7100-000 | NA | 3,932.29 | 3,932.29 | 51.83 |
| 000015 | INVENTRONICS USA INC. | 7100-001 | NA | 165.00 | 165.00 | 2.17 |
| 28B | STATE OF NEVADA DEPT OF TAXATION | 7100-001 | NA | 265.57 | 265.57 | 3.50 |
| 000029 | UNITED PARCEL SERVICE | 7100-001 | NA | 325.81 | 325.81 | 4.29 |
| 000022 | TODD FERNELL BROWN | 7400-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,664,950.34 | $ 2,643,213.38 | $ 33,519.10 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 17-50927    BTB    Judge: BRUCE T. BEESLEY | |
| Case Name: | INTELLILUM, INC. | |
| For Period Ending: 01/21/20 | | |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Date Filed (f) or Converted (c): | 08/03/17 (f) |
| 341(a) Meeting Date: | 09/07/17 |
| Claims Bar Date: | 01/26/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 0.00 | 50.01 | | 50.01 | FA |
| WELLS FARGO BANK CHECKING | | | | | |
| 2. OTHER (u) | 0.00 | 1,315.68 | | 1,315.68 | FA |
| PAYMENT FOR RECYCLED METAL | | | | | |
| 3. DEPOSITS | Unknown | 0.00 | | 0.00 | FA |
| L.O TERABYTE, LLC LEASE DEPOSIT | | | | | |
| 4. PREPAYMENTS | Unknown | 1.00 | | 0.00 | FA |
| D&O INSURANCE PAD THROUGH 5/2018<br>Documentation requested from atty regarding status of any possible<br>refunds.<br>NO RECOVERY LIKELY | | | | | |
| 5. ACCOUNTS RECEIVABLE | 10,364.00 | 10,364.00 | | 9,232.25 | FA |
| 6. INVENTORY | 890,000.00 | 890,000.00 | | 180,000.00 | FA |
| RAW MATERIALS, SHEETMETAL, LED, ELECTRONIC<br>COMPONENTS, SENSORS AND CONTROLS | | | | | |
| 7. OFFICE FURNITURE | 46,856.00 | 48,856.00 | | 33,520.92 | FA |
| DESKS, REGRIGERATOR, DISHWASHER, CHAIRS | | | | | |
| 8. OFFICE EQUIPMENT | Unknown | 0.00 | | 10,000.00 | FA |
| COMPUTERS, AND SOFTWARE, SERVER, SERVER RACK,<br>WORKSTATIONS, AND MISC. LAPTOPS | | | | | |
| 9. MACHINERY AND SUPPLIES | 300,000.00 | 300,000.00 | | 267,246.83 | FA |
| TURRET PUNCHES, PRESS BRAKES, ASSOC. TOOLING, WIRE<br>STRIPPER, CUTTERS | | | | | |
| 10. PATENTS, COPYRIGHTS, INTELLECTUAL P | Unknown | 0.00 | | 0.00 | FA |
| PATENT PENDING (3 TO 4); TRADENAMES AND TRADEMARKS<br>(6 TO 8) | | | | | |

Ver: 22.02c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 17-50927 | BTB | Judge: BRUCE T. BEESLEY | |
|---|---|---|---|---|
| Case Name: | INTELLILUM, INC. | | | |

| | | |
|---|---|---|
| Trustee Name: | | JERI COPPA-KNUDSON |
| Date Filed (f) or Converted (c): | | 08/03/17 (f) |
| 341(a) Meeting Date: | | 09/07/17 |
| Claims Bar Date: | | 01/26/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. INTERNET DOMANIN NAMES AND WEBSITES <br>   5 DOMAIN NAMES | Unknown | 0.00 | | 0.00 | FA |
| 12. PREFERENTIAL PAYMENTS <br>   AMERICAN EXPRESS - LISTED IN STATEMENT OF <br> AFFAIRS/NORMAL COURSE OF BUSINESS TRANSACTIONS | 22,504.00 | 22,504.00 | | 0.00 | FA |
| 13. PREFERENTIAL PAYMENTS <br>   CITIADVANTAGE - LISTED IN THE STATEMENT OF <br> AFFAIRS/NORMAL COURSE OF BUSINESS TRANSACTIONS | 26,483.00 | 26,483.00 | | 0.00 | FA |
| 14. FRAUDULENT TRANSFER (u) <br>   INVESTIGATIONS ARE INCONCLUSIVE/DOUBTFUL RECOVERY | 0.00 | 50,000.00 | | 0.00 | FA |
| 15. INSURANCE REFUND (u) | 0.00 | 896.78 | | 896.78 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,296,207.00 | $1,350,470.47 | | $502,262.47 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 30, 2019, 10:56 am amended TFR was filed

January 22, 2019, 10:54 am awaiting tax returns from CPA, and final app for compensation

November 08, 2018, 11:34 am CPA has requsted more bank documents which were sent to him on 11/7

10/23 STATUS LETTER TO CPA

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        17-50927      BTB    Judge: BRUCE T. BEESLEY
Case Name:      INTELLILUM, INC.

Trustee Name:              JERI COPPA-KNUDSON
Date Filed (f) or Converted (c):    08/03/17 (f)
341(a) Meeting Date:        09/07/17
Claims Bar Date:            01/26/18

July 18, 2018, 11:19 am Tim Nelson, CPA has been employed to prepare the tax returns.

January 15, 2018, 12:07 pm case will be held open pending the outcome of 1) FBI is conducting a criminal investigation into possible theft of intellectual property.
2) investigation by Trustee in process regarding possible funds taken by principal of the Debtor from the business account. 3) documentation on possible refunds for insurance prepayments has been requested from Debtor.
Books and records are being reviewed. July 25, 2018, 10:50 am unable to verify funds taken by principal of Debtor, recovery unlikely.  Recovery of any insurance prepayments unlikely, no infomration or updates from FBI regarding criminal investigation

October 19, 2017, 10:15 am Assets of the estate will be sold at auction, on or before October 31, 2017.  There exists an open investigation by the FBI regarding theft of intellectual property

June 28, 2018.  Contact Tim Nelson regarding preparation of the tax returns for the estate.

Initial Projected Date of Final Report (TFR): 06/30/18        Current Projected Date of Final Report (TFR): 06/30/19

**FORM 2**

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 17-50927  -BTB | |
| Case Name: | INTELLILUM, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******5716 |
| For Period Ending: | 01/21/20 |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2008  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/17 | | WELLS FARGO BANK | BANK ACCOUNTS | 1129-000 | 50.01 | | 50.01 |
| 08/24/17 | 1 | Asset Sales Memo: | FINANCIAL ACCOUNTS $50.01 | | | | 50.01 |
| 10/25/17 | | SSI NEVADA LLC | SALE PROCEEDS | 1290-000 | 1,315.68 | | 1,365.69 |
| 10/25/17 | 2 | Asset Sales Memo: | OTHER $1,315.68 | | | | 1,365.69 |
| 10/30/17 | | HARTMAN & HARTMAN APC | SALE PROCEEDS | | 500,000.00 | | 501,365.69 |
| | | FLOW LIGHTNING, LLC | Memo Amount:         9,232.25 | 1121-000 | | | |
| | | | SALE PROCEEDS | | | | |
| 10/30/17 | 5 | Asset Sales Memo: | ACCOUNTS RECEIVABLE $9,232.25 | | | | |
| | | FLOW LIGHTNING, LLC | Memo Amount:       180,000.00 | 1129-000 | | | |
| | | | SALE PROCEEDS | | | | |
| 10/30/17 | 6 | Asset Sales Memo: | INVENTORY  $180,000.00 | | | | |
| | | FLOW LIGHTNING, LLC | Memo Amount:        33,520.92 | 1129-000 | | | |
| | | | SALE PROCEEDS | | | | |
| 10/30/17 | 7 | Asset Sales Memo: | OFFICE FURNITURE  $33,520.92 | | | | |
| | | FLOW LIGHTNING, LLC | Memo Amount:       267,246.83 | 1129-000 | | | |
| | | | SALE PROCEEDS | | | | |
| 10/30/17 | 9 | Asset Sales Memo: | MACHINERY AND SUPPLIES  $267,246.83 | | | | |
| | | FLOW LIGHTNING, LLC | Memo Amount:        10,000.00 | 1129-000 | | | |
| | | | SALE PROCEEDS | | | | |
| 10/30/17 | 8 | Asset Sales Memo: | OFFICE EQUIPMENT  $10,000.00 | | | | |
| 11/06/17 | 010001 | WELLS FARGO BANK N.A. | PAYOFF COMPRESSOR/CLAIM 2/DOC#58 | 4210-000 | | 6,800.10 | 494,565.59 |
| | | 300 TRI-STATE INTERNATIONAL, STE 400 | | | | | |
| | | LINCOLNSHIRE, IL 60069 | | | | | |
| 11/06/17 | 010002 | STREMMEL AUCTIONS | AUCTIONEER'S FEES/DOC#58 | 3610-000 | | 75,000.00 | 419,565.59 |
| | | 550 W. PLUMB LANE | | | | | |
| | | RENO, NV 89509 | | | | | |
| 11/06/17 | 010003 | TEYA TECHNOLOGIES, LLC | SECURED INVENTORY/DCO#58 | 4210-000 | | 180,000.00 | 239,565.59 |
| | | C/O STEFENIE SHARP | | | | | |

Page Subtotals          501,365.69          261,800.10

Ver: 22.02c

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          17-50927  -BTB
Case Name:     INTELLILUM, INC.

Taxpayer ID No:  *******5716
For Period Ending: 01/21/20

Trustee Name:          JERI COPPA-KNUDSON
Bank Name:              UNION BANK
Account Number / CD #:   *******2008  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 71 WASHINGTON STREET | | | | | |
| | | RENO, NV 89503 | | | | | |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.42 | 239,541.17 |
| 12/21/17 | 010004 | JEFFREY L. HARTMAN, ESQ. | ATTORNEY FEES & EXPENSES | | | 34,932.60 | 204,608.57 |
| | | 510 WEST PLUMB LANE, SUITE B | ORDER 12/21/2017 DOC 71 | | | | |
| | | RENO, NV. 89509 | | | | | |
| | | | Fees              34,290.00 | 3110-000 | | | |
| | | | Expenses          642.60 | 3120-000 | | | |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 477.55 | 204,131.02 |
| 01/09/18 | 010005 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 016048576 | 2300-000 | | 65.43 | 204,065.59 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA. 70139 | | | | | |
| 01/23/18 | 010006 | L.O. Terabyte, LLC | administrative claim | 2990-000 | | 58,943.59 | 145,122.00 |
| | | c/o LEE HIGH, LTD | per order of 1/19/18 Doc 72 | | | | |
| | | ELIZABETH HIGH, ESQ. | | | | | |
| | | 499 WEST PLUMB LANE, SUITE 201 | | | | | |
| | | RENO, NV. 89509 | | | | | |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 345.84 | 144,776.16 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 300.43 | 144,475.73 |
| 03/19/18 | 010007 | WELLS FARGO BUSINESS PAYROLL SERVICES | ADMINISTRATIVE FEE | 2990-000 | | 291.32 | 144,184.41 |
| | | | FEE TO PAYROLL SERVICE TO COMPLETE | | | | |
| | | | FORM W2 FOR FORMER EMPLOYEES | | | | |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 194.31 | 143,990.10 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 214.51 | 143,775.59 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 207.05 | 143,568.54 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 213.62 | 143,354.92 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 206.44 | 143,148.48 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 213.00 | 142,935.48 |

Page Subtotals                    0.00            96,630.11

Ver: 22.02c

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-50927 -BTB |
| Case Name: | INTELLILUM, INC. |
| Taxpayer ID No: | *******5716 |
| For Period Ending: | 01/21/20 |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2008 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/18 | 010008 | HARTMAN & HARTMAN | ATTORNEYS FEES/DOC#102 | | | 8,618.90 | 134,316.58 |
| | | | Fees            7,560.00 | 3210-000 | | | |
| | | | Expenses        1,058.90 | 3220-000 | | | |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 211.88 | 134,104.70 |
| 10/09/18 | | IPFS COPR | INSURANCE REFUND | 1290-000 | 896.78 | | 135,001.48 |
| 10/09/18 | 15 | Asset Sales Memo: | INSURANCE REFUND  $896.78 | | | | 135,001.48 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 193.13 | 134,808.35 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 200.20 | 134,608.15 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 193.85 | 134,414.30 |
| 01/09/19 | 010009 | INTERNATIONAL SURETIES, LTD | BLANKET BOND | 2300-000 | | 45.80 | 134,368.50 |
| | | SUITE 420 | BOND #016048576 | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 200.01 | 134,168.49 |
| 03/06/19 | 010010 | HARTMAN & HARTMAN | ATTORNEY FEES AND EXPENSES/DOC#114 | | | 2,487.24 | 131,681.25 |
| | | | Fees            2,205.00 | 3210-000 | | | |
| | | | Expenses          282.24 | 3220-000 | | | |
| 04/18/19 | 010011 | EVANS, NELSON & COMPANY | ACCOUNTANT FEES AND EXPENSES | 3310-000 | | 3,083.00 | 128,598.25 |
| | | ATTN: TIMOTHY NELSON | ORDER 4/11/19 DOC. 116 | | | | |
| 06/13/19 | | Trsf To AXOS BANK | FINAL TRANSFER | 9999-000 | | 128,598.25 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 896.78 | 143,832.26 |

Ver: 22.02c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

Case No:          17-50927  -BTB
Case Name:     INTELLILUM, INC.

Taxpayer ID No:   *******5716
For Period Ending:  01/21/20

Trustee Name:        JERI COPPA-KNUDSON
Bank Name:           UNION BANK
Account Number / CD #:    *******2008  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Memo Allocation Receipts:        500,000.00
Memo Allocation Disbursements:        0.00

Memo Allocation Net:        500,000.00

COLUMN TOTALS                        502,262.47     502,262.47          0.00
   Less:  Bank Transfers/CD's           0.00     128,598.25
Subtotal                              502,262.47     373,664.22
   Less:  Payments to Debtors                         0.00
Net                                   502,262.47     373,664.22

Page Subtotals               0.00            0.00

Ver: 22.02c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

**FORM 2**

Page:  5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         17-50927  -BTB
Case Name:    INTELLILUM, INC.

Taxpayer ID No:  *******5716
For Period Ending: 01/21/20

Trustee Name:        JERI COPPA-KNUDSON
Bank Name:           AXOS BANK
Account Number / CD #:    *******0071  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 128,598.25 | | 128,598.25 |
| 08/13/19 | 002001 | JERI COPPA KNUDSON | TRUSTEE'S FEES AND EXPENSES | | | 28,875.66 | 99,722.59 |
| | | | Fees            28,363.12 | 2100-000 | | | |
| | | | Expenses          512.54 | 2200-000 | | | |
| 09/04/19 | 002002 | BROWN, GREGORY | Claim 000030A, Payment 100.00000% | 5300-000 | | 12,850.00 | 86,872.59 |
| | | 2234 PIONEER TRAIL | | | | | |
| | | #317 | | | | | |
| | | GENOA, NV 89411 | | | | | |
| 09/04/19 | 002003 | BROWN, GREGOR | Claim 000031A, Payment 100.00000% | 5300-000 | | 12,850.00 | 74,022.59 |
| | | 8455 OFFENHAUSER DRIVE | | | | | |
| | | APT. 1434 | | | | | |
| | | RENO, NV 89511 | | | | | |
| 09/04/19 | 002004 | BROWN, SHANNON | Claim 000032A, Payment 100.00000% | 5300-000 | | 12,850.00 | 61,172.59 |
| | | 11380 S. VIRGINIA STREET | | | | | |
| | | APT. 1134 | | | | | |
| | | RENO, NV 89511 | | | | | |
| 09/04/19 | 002005 | ALLEN, PETER | Claim 000034, Payment 100.00000% | 5300-000 | | 12,850.00 | 48,322.59 |
| | | 900 S. MEADOWS PKWY | | | | | |
| | | APT. 4722 | | | | | |
| | | RENO, NV 89521 | | | | | |
| 09/04/19 | 002006 | WASHOE COUNTY TREASURER | Claim 000025, Payment 100.00000% | 5800-000 | | 6,847.50 | 41,475.09 |
| | | PO BOX 30039 | (25-1) 2017 COMMERCIAL PERSONAL | | | | |
| | | RENO NV 89520 | PROPERTY TAXES | | | | |
| | | | (25-1) 2300849 | | | | |
| 09/04/19 | 002007 | State of Nevada Department of Taxation | Claim 000028A, Payment 100.00000% | 5800-000 | | 3,153.66 | 38,321.43 |
| | | 555 E. Washington Ave. Ste #1300 | | | | | |
| | | Las Vegas, NV 89101 | | | | | |
| 09/04/19 | 002008 | CALIFORNIA DEPT OF TAX AND FEE ADMIN | Claim 19B, Payment 100.00000% | 5800-000 | | 4,802.33 | 33,519.10 |

Page Subtotals     128,598.25     95,079.15

Ver: 22.02c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 17-50927  -BTB |
|---|---|
| Case Name: | INTELLILUM, INC. |
| Taxpayer ID No: | *******5716 |
| For Period Ending: | 01/21/20 |

| Trustee Name: | JERI COPPA-KNUDSON |
|---|---|
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0071  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/04/19 | 002009 | PAPE MATERIAL HANDLING<br>355 GOODPASTURE ISLAND RD<br>EUGENE OR 97401 | Claim 000001, Payment 1.31825%<br>(1-1) #9598 | 7100-000 | | 12.33 | 33,506.77 |
| | 09/04/19 | 002010 | Future Electronics<br>41 Main Street<br>Bolton, MA 01740 | Claim 000003, Payment 1.31788%<br>(3-1) Account Number (last 4<br>digits):0740 | 7100-000 | | 38.53 | 33,468.24 |
| | 09/04/19 | 002011 | CIT Finance, LLC<br>Po Box 593007<br>San Antonio, TX 78259 | Claim 000004, Payment 1.31794%<br>(4-1) Account Number (last 4<br>digits):3231 | 7100-000 | | 103.79 | 33,364.45 |
| | 09/04/19 | 002012 | TEYA TECHNOLOGIES, LLC.<br>c/o STEFANIE T. SHARP<br>ROBISON, SIMONS, SHARP & BRUST<br>71 WASHINGTON STREET<br>RENO, NEVADA 89503 | Claim 000005, Payment 1.31797%<br>(5-1) Marketing Proof of Claim | 7100-000 | | 434.25 | 32,930.20 |
| | 09/04/19 | 002013 | TEYA TECHNOLOGIES, LLC.<br>c/o STEFANIE T. SHARP<br>ROBISON, SIMONS, SHARP & BRUST<br>71 WASHINGTON STREET<br>RENO, NEVADA 89503 | Claim 000006, Payment 1.31812%<br>(6-1) Demo Proof of Cliam | 7100-000 | | 46.18 | 32,884.02 |
| | 09/04/19 | 002014 | TEYA TECHNOLOGIES, LLC.<br>c/o STEFANIE T. SHARP<br>ROBISON, SIMONS, SHARP & BRUST<br>71 WASHINGTON STREET<br>RENO, NEVADA 89503 | Claim 000007, Payment 1.31798%<br>(7-1) Secured claim - Claim to be<br>amended once amount is determined(7-2) Amount has<br>change due to recent activity | 7100-000 | | 2,182.98 | 30,701.04 |
| * | 09/04/19 | 002015 | Sierra Pacific Power Company dba NV<br>Energy<br>Attn: Susana Garcia<br>PO Box 10100<br>Reno, NV 89520 | Claim 000008, Payment 1.31847%<br>(8-1) Account Number (last 4<br>digits):5716 | 7100-004 | | 13.29 | 30,687.75 |
| | 09/04/19 | 002016 | LIGHTING PLASTICS OF MN INC. | Claim 000009, Payment 1.31790% | 7100-000 | | 41.28 | 30,646.47 |

Page Subtotals          0.00          2,872.63

Ver: 22.02c

FORM 2

Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 17-50927  -BTB | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | INTELLILUM, INC. | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******0071  Checking Account |
| Taxpayer ID No: | *******5716 | | |
| For Period Ending: | 01/21/20 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 09/04/19 | 002017 | DAVID KOHN 3326 GORHAM AVE ST. LOUISE MN 55426 LED SPECIALISTS, INC. 4250 VETERANS MEMORIAL HWY SUITE 2060 HOLBROOK, NY 11741 | Claim 000010, Payment 1.31791% (10-1) #INTE | 7100-004 | | 59.80 | 30,586.67 |
| | 09/04/19 | 002018 | RELIANCE METALCENTER 33201 WESTERN AVENUE UNION CITY, CA 94587 | Claim 000011, Payment 1.31798% (11-1) Goods sold | 7100-000 | | 880.28 | 29,706.39 |
| | 09/04/19 | 002019 | MCMASTER CONSULTING 59 DAMONTE RANCH SUITE 8110 RENO, NV 89521 | Claim 000012, Payment 1.31795% | 7100-000 | | 81.50 | 29,624.89 |
| | 09/04/19 | 002020 | REV LLC REV CONSULTING GROUP LLC 10011 BRIDGEPORT WAY SW SUITE 1500 LAKEWOOD WA 98499 | Claim 000013, Payment 1.31798% | 7100-000 | | 2,320.64 | 27,304.25 |
| | 09/04/19 | 002021 | XTRACLEAN JANITORIAL SANDERS ENTERPRISES INC. 18124 WEDGE PKWY #401 RENO NV 89511 | Claim 000014, Payment 1.31806% | 7100-000 | | 51.83 | 27,252.42 |
| | 09/04/19 | 002022 | APEX ANODIZING (NEV), INC. JAMES MALNAR 280 B CONEY ISLAND DR SPARKS NV 89431 | Claim 000016, Payment 1.31799% | 7100-000 | | 191.39 | 27,061.03 |
| | 09/04/19 | 002023 | AEROTEK INC. RONKE ADEYEMO 7317 PARKWAY DR HANOVER MD 21076 | Claim 000017, Payment 1.31802% (17-1) #9732 | 7100-000 | | 153.65 | 26,907.38 |

Page Subtotals         0.00         3,739.09

Ver: 22.02c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

**FORM 2**

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-50927 -BTB |
| Case Name: | INTELLILUM, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******5716 |
| For Period Ending: | 01/21/20 |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0071  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/19 | 002024 | LIGHTLAB INTERNATIONAL LLC<br>24825 N. 16TH AVE STE 125<br>PHOENIX AZ 85085 | Claim 000018, Payment 1.31797% | 7100-000 | | 184.45 | 26,722.93 |
| 09/04/19 | 002025 | CALIFORNIA DEPT OF TAX AND FEE ADMIN<br>SPECIAL OPS MIC 55<br>POB 942879<br>SACRAMENTO CA 94279-0055 | Claim 000019, Payment 1.31778%<br>(19-1) #3289 | 7100-000 | | 7.23 | 26,715.70 |
| 09/04/19 | 002026 | APPLIED STAFFING SOLUTIONS LLC<br>890 E. PATRIOT BLVD SUITE E<br>RENO NV 89511 | Claim 000020, Payment 1.31798% | 7100-000 | | 210.47 | 26,505.23 |
| 09/04/19 | 002027 | SYNAPTEC ENTERPRISES, INC.<br>18124 WEDGE PKWY #539<br>RENO NV 89511 | Claim 000023, Payment 1.31799% | 7100-000 | | 1,190.53 | 25,314.70 |
| 09/04/19 | 002028 | McDonald Carano LLP<br>c/o Sallie B. Armstrong<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501 | Claim 000026, Payment 1.31797% | 7100-000 | | 310.81 | 25,003.89 |
| 09/04/19 | 002029 | DISCOUNT OFFICE SUPPLY<br>POB 6359<br>RENO NV 89513-6359 | Claim 000027, Payment 1.31855%<br>(27-1) #4128 | 7100-000 | | 5.85 | 24,998.04 |
| 09/04/19 | 002030 | L.O. TERABYTE, LLC<br>c/o Lee High, Ltd.<br>448 Ridge Street<br>Reno, NV 89501 | Claim 000033, Payment 1.31798% | 7100-000 | | 9,155.38 | 15,842.66 |
| 09/04/19 | 002031 | ALLEN, PETER<br>900 SOUTH MEADOWS PKWY<br>APT. 4722<br>RENO, NV 89521 | Claim 000035, Payment 1.31798% | 7100-000 | | 555.53 | 15,287.13 |
| 09/04/19 | 002032 | BROWN, GREGORY<br>P.O. BOX 317 | Claim 30B, Payment 1.31798% | 7100-000 | | 13,440.78 | 1,846.35 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 25,061.03 |

Ver: 22.02c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

Exhibit 9

| Case No: | 17-50927 -BTB |
| Case Name: | INTELLILUM, INC. |
| Taxpayer ID No: | *******5716 |
| For Period Ending: | 01/21/20 |

| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0071 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | | | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | GENOA, NV 89411 | | | | | | | |
| 09/04/19 | 002033 | BROWN,GREGOR | Claim 31B, Payment 1.31798% | | | 7100-000 | | 1,411.99 | 434.36 |
| 09/04/19 | 002034 | BROWN, SHANNON | Claim 32B, Payment 1.31801% | | | 7100-000 | | 424.40 | 9.96 |
| 09/04/19 | 002035 | United States Bankruptcy Court | REMITTED TO COURT | | | 7100-000 | | 9.96 | 0.00 |
| | | AUTO ADDED WITH IMPORT NV | | | | | | | |
| | | | 15 | 000015 | 2.17 | 7100-001 | | | |
| | | | 29 | 000029 | 4.29 | 7100-001 | | | |
| | | | 39 | 28B | 3.50 | 7100-001 | | | |
| * 12/11/19 | 002015 | Sierra Pacific Power Company dba NV Energy Attn: Susana Garcia PO Box 10100 Reno, NV 89520 | Stop Payment Reversal STOP PAYMENT | | | 7100-004 | | -13.29 | 13.29 |
| * 12/11/19 | 002017 | LED SPECIALISTS, INC. 4250 VETERANS MEMORIAL HWY SUITE 2060 HOLBROOK, NY 11741 | Stop Payment Reversal STOP PAYMENT | | | 7100-004 | | -59.80 | 73.09 |
| 01/07/20 | 002036 | CLERK, UNITED STATES BANKRUPTCY COURT | UNCLAIMED FUNDS | | | 7100-000 | | 59.80 | 13.29 |
| 01/07/20 | 002037 | CLERK, UNITED STATES BANKRUPTCY COURT | UNCLAIMED FUNDS | | | 7100-000 | | 13.29 | 0.00 |

Page Subtotals   0.00   1,846.35

Ver: 22.02c

LFORM24   UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    10

**Exhibit 9**

| | |
|---|---|
| Case No: | 17-50927  -BTB |
| Case Name: | INTELLILUM, INC. |
| | |
| Taxpayer ID No: | *******5716 |
| For Period Ending: | 01/21/20 |

| | |
|---|---|
| Trustee Name: | JERI COPPA-KNUDSON |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0071  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 128,598.25 | 128,598.25 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 128,598.25 | 0.00 | |
| | | | | Subtotal | | 0.00 | 128,598.25 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.00 | 128,598.25 | |
| | | Total Allocation Receipts: | 500,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******2008 | | 502,262.47 | 373,664.22 | 0.00 |
| | | | | Checking Account - *******0071 | | 0.00 | 128,598.25 | 0.00 |
| | | Total Memo Allocation Net: | 500,000.00 | | | ------------------- | ------------------- | ------------------- |
| | | | | | | 502,262.47 | 502,262.47 | 0.00 |
| | | | | | | ============ | ============ | ============ |
| | | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 22.02c